United States District Court
Southern District of Texas
**ENTERED**
April 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LUIS A. SOTO | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-cv-00280 |
| | § | |
| | § | |
| ASI LLOYDS | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Luis A. Soto ("Plaintiff"), and Defendant, ASI Lloyds ("Defendant"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendant.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 26th day of April, 2016.

By: _____
PRESIDING JUDGE
**Diana Saldaña**

Agreed:
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com

**ATTORNEYS FOR DEFENDANT,
ASI LLOYDS**

AND

_____

Mr. Bill L. Voss
Texas Bar No. 24047043
Mr. Scott G. Hunziker
Texas Bar No. 24032446
~~Mr. Bryan Beverly~~ Clayton Hardin
Texas Bar No. ~~24082688~~ 24090144
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Bill.voss@vosslawfirm.com
scott@vosslawfirm.com
bryan@vosslawfirm.com
**ATTORNEYS FOR PLAINTIFF, LUIS A. SOTO**